IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID KREMELBERG, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:15-CV-3695-K |
| | § | |
| CORPORAL WESLEY KEELING, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Ellis County, Texas' Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint*, filed June 7, 2016 (doc. 25), and *Defendants' Second Motion & Brief to Dismiss*, filed June 15, 2016 (doc. 28) are both **GRANTED**. By separate judgment, all of the plaintiff's claims against Corporal Wesley Keeling; the City of Midlothian, Texas; and Ellis County, Texas will be **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted.

SO ORDERED.

Signed January 12th, 2017.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE